UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

STATE FARM FIRE AND CASUALTY CO, :
*A/S/O DONALD BOLLENDORF*, and :
ALLSTATE INSURANCE CO., :
*A/S/O QUADRI ADESEUN*, :
    Plaintiffs, :
 :
    v. : No. 5:16-cv-2703
 :
PPL ELECTRIC UTILITIES, :
    Defendant / Third-Party Plaintiff, :
 :
    v. :
 :
QUADRI ADESEUN, :
    Third-Party Defendant. :
_____

# O R D E R

**NOW**, this 9th day of June, 2017, upon consideration of the motions for summary judgment and for the reasons set forth in the opinion issued this date, **IT IS HEREBY ORDERED THAT**:

    1.    PPL's Motion for Summary Judgment, ECF No. 46, is **DENIED in part** and **GRANTED in part** as follows:

        A.    Partial summary judgment is entered in favor of PPL on Count II of Plaintiffs' Complaint for breach of contract;[1] and

        B.    In all other respects, PPL's Motion for Summary Judgment is denied.

    2.    Adeseun's Motion for Summary Judgment, ECF No. 49, is **DENIED**.

                                    BY THE COURT:

                                    */s/ Joseph F. Leeson, Jr.*
                                    JOSEPH F. LEESON, JR.
                                    United States District Judge

---

[1] Plaintiffs have agreed to voluntarily dismiss Count II - Breach of Contract.